**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| **Richard R. Stagnone** | ) | |
| Plaintiff, | ) | **1:26-cv-12027-MJJ** |
| v. | ) | |
|  | ) | |
| **The Board of Governors of the** | ) | |
| **Federal Reserve System et al** | ) | |
| Defendant | ) | |
|  | ) | |

**ORDER OF DISMISSAL**

May 12, 2026

**Joun, D.J.**

In light of plaintiff's oral request to voluntarily dismiss this case at the status conference held on May 12, 2026, and the defendants assenting to that request, it is hereby **ORDERED** that the above-entitled action be and hereby is dismissed.

/s/ Steve K. York

May 12, 2026          --------------------------
                              **Deputy Clerk**